FILED
JAMES BONINI
CLERK

04 NOV 12 AM 9:53

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

*C-1-01-753*

No. 03-3916

FILED

NOV 12 2004

LEONARD GREEN, Clerk

GERALD CASH *et al.*,
     Plaintiffs - Appellants,

v.

HAMILTON COUNTY DEPARTMENT OF ADULT PROBATION *et al.*,
     Defendants - Appellees.

Before:  MERRITT, MOORE, and GILMAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED and the case is REMANDED for further proceedings consistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

*Leonard Green*

Leonard Green, Clerk