UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-3916

05 MAR -8 PM 12:54

Filed: March 7, 2005

GERALD CASH; CLARA CASH; GREGORY B. WAHOFF; PHILLIP GARCIA; ROCKY WAYNE ADKISSON

    Plaintiffs - Appellants

01cv753

v.

HAMILTON COUNTY DEPARTMENT OF ADULT PROBATION; MICHAEL L. WALTON, Chief Probation Officer, Hamilton County Department of Adult Probation; CITY OF CINCINNATI

    Defendants - Appellees

### MANDATE

Pursuant to the court's disposition that was filed 11/12/04 the mandate for this case hereby issues today.

A True Copy.

No costs taxed        Attest:

Filing Fee .......... $
Printing ............ $

    Total ........ $                      Deputy Clerk