# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

May 24, 2005

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: City of Cincinnati, Ohio
v. Gerald Cash, et al.
No. 04-1569
(Your No. 03-3916)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 19, 2005 and placed on the docket May 24, 2005 as No. 04-1569.

Sincerely,

William K. Suter, Clerk

by *Melissa Blalock*
Melissa Blalock
Case Analyst