01-00753
Cincinnati
Beckwith

RECEIVED
JUN 1 0 2005
LEONARD GREEN, Clerk

cc
03-3916

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 7, 2005

FILED
JUN 1 0 2005
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Hamilton County Department of Adult Probation and Michael L.
Walton, Chief Probation Officer
v. Gerald Cash, et al.
No. 04-1631
(Your No. 03-3916)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on May 24, 2005 and placed on the docket June 7, 2005 as No. 04-1631.

Sincerely,

William K. Suter, Clerk

by

Clayton Higgins
Case Analyst

FILED
JAMES BONINI
CLERK
05 JUN 14 AM 10:26
US DIST COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI