01-00753
Cincinnati
Beckwith

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

CC

03-3916

William K. Suter
Clerk of the Court
(202) 479-3011

October 3, 2005

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
OCT 20 2005
LEONARD GREEN, Clerk

Re: City of Cincinnati, Ohio
v. Gerald Cash, et al.
No. 04-1569
(Your No. 03-3916)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of respondent Philip Garcia for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

Sincerely,

**William K. Suter**, Clerk