Richard Ganulin (0025642-C)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, et al., | : | CASE NO. 1:01cv753 |
| Plaintiffs, | : | (J. Beckwith; Mag. J. Sherman) |
| vs. | : | CITY OF CINCINNATI'S UNOPPOSED MOTION FOR |
| HAMILTON COUNTY DEPARTMENT OF PROBATION, et al., | : | EXTENSION OF TIME |
| | : | |
| Defendants. | | |

The City of Cincinnati move this Court for a 30 day extension of time to respond to the Plaintiffs' Motion for Summary Judgment. The reason for the request of extension of time is due to counsel's heavy workload requirements.

Plaintiffs do not oppose to this Motion for Extension of Time.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

*/s/ Richard Ganulin*
**RICHARD GANULIN (0025642)**
Assistant City Solicitor
Trial Attorney for Defendants
City of Cincinnati
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone: 352-3329
FAX: (513) 352-1515
E-mail: richard.ganulin@cincinnati-oh.gov

**CERTIFICATE OF SERVICE**

      I hereby certify on November 2, 2005, a true and accurate copy of the foregoing Motion for Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system

                    */s/ Richard Ganulin*
                    **RICHARD GANULIN (0025642-C)**
                    Assistant City Solicitor