# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 31, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

    Re:  Hamilton County Department of Adult Probation, et al.
          v. Gerald Cash, et al.
          No. 04-1631
          (Your No. 03-3916)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

                              Sincerely,

                              William K. Suter

                              **William K. Suter**, Clerk