IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, et al. | : | Case No. 1:01CV753 |
| | : | |
| Plaintiffs | : | JUDGE BECKWITH |
| | : | |
| vs. | : | **NOTICE OF WITHDRAWAL OF** |
| | : | **COUNSEL** |
| HAMILTON COUNTY DEPARTMENT | : | |
| OF ADULT PROBATION, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |

Notice is hereby given that Gordon M. Strauss (Ohio Reg. #0006400) is no longer employed by the Hamilton County Prosecutor's Office and is therefore withdrawing as counsel for Hamilton County.

 

Respectfully submitted,

JOSEPH T. DETERS
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

*/s/ David T. Stevenson*
David T. Stevenson, 0030014
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, Ohio 45202
DDN: (513) 946-3120
FAX: (513) 946-3018
TRIAL ATTORNEY FOR HAMILTON COUNTY
DEPARTMENT OF ADULT PROBATION AND
MICHAEL L. WALTON

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 13, 2006, I electronically filed the a copy of the foregoing with the Clerk of Court using the CM/ECF system.  I also certify that I served the foregoing by hand delivery to the Honorable Gordon M. Strauss, Hamilton County Probate Court and electronically served the following:

| | |
|---|---|
| Robert B. Newman, Esq. | Richard Ganulin, Esq. |
| Lisa T. Meeks, Esq. | Assistant City Solicitor |
| Newman & Meeks, Co. LPA | 801 Plum Street |
| 617 Vine Street | Cincinnati, Ohio 45202 |
| Suite 1401 | |
| Cincinnati, Ohio 45202 | |

Stephen R. Felson, Esq.
617 Vine Street
Suite 1401
Cincinnati, Ohio 45202

                                                  */s/ David T. Stevenson*
                                                  David T. Stevenson, 0030014