**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| Gerald Cash, <u>et al.</u>, | ) |
| | ) |
|     Plaintiffs, | ) Case No. 1:01-CV-753 |
| | ) |
|   vs. | ) |
| | ) |
| Hamilton County Department | ) |
| of Adult Probation, <u>et al.</u>, | ) |
| | ) |
|     Defendants. | ) |

<u>O R D E R</u>

This matter came before the Court on February 21, 2006 for a scheduling conference. By agreement of counsel, the Court established the following pre-trial schedule:

| | |
|---|---|
| Discovery deadline | May 22, 2006 |
| Dispositive Motions deadline | June 23, 2006 |
| Memoranda in Opposition due | July 14, 2006 |

Reply briefs due within 10 days of the filing of any memoranda in opposition.

| | |
|---|---|
| Final Pretrial Conference | September 19, 2006, at 9:00 a.m. |
| Trial | October 3, 2006, at 1:00 p.m. |

**IT IS SO ORDERED**

Date February 22, 2006                  s/Sandra S. Beckwith
                                                      Sandra S. Beckwith, Chief Judge
                                                      United States District Court