IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, *et al.*, | : | Case No. 1:01cv753 |
| Plaintiffs, | : | (Judge Beckwith) |
| v. | : | <u>JOINT MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE</u> |
| HAMILTON COUNTY DEPT. OF ADULT PROBATION, ET AL. | : | |
| | : | |
| Defendants. | | |

The parties jointly move this Court to extend the dispositive motion deadline until July 21, 2006. The reason why this motion should be granted is that the parties failed to request the extension of time for filing dispositive motions when they filed the joint motion to extend time for the discovery cutoff.

For the foregoing reasons, the Joint Motion to Extend Dispositive Motion Deadline should be granted.

Respectfully submitted,

/s/ *Richard Ganulin*
Richard Ganulin (0025642)
801 Plum Street, Room 214
Cincinnati, Ohio 45202
(513) 352-3329
(513) 352-1515
E-mail: richard.ganulin@cincinnati-oh.gov

COUNSEL FOR DEFENDANT
CITY OF CINCINNATI

*/s/Robert B. Newman*
Robert B. Newman (0023484)
Lisa T. Meeks (0062074)
NEWMAN & MEEKS CO., LPA
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 639-7000
(513) 639-7011

COUNSEL FOR PLAINTIFFS

| | |
|---|---|
| /s/ *Stephen R. Felson* | /s/ *David T. Stevenson* |
| Stephen R. Felson (0038432) | David T. Stevenson (0030014) |
| 617 Vine Street, Suite 1401 | 230 E. Ninth St., Suite 4000 |
| Cincinnati, Ohio  45202 | Cincinnati, OH  45202 |
| (513) 721-4900 | (513) 946-3120 |
| (513) 639-7011 (fax) | |
| SteveF8953@aol.com | COUNSEL FOR DEFENDANT |
| | HAMILTON COUNTY |