IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, *et al.*, | : | Case No. 1:01cv753 |
| Plaintiffs, | : | (Judge Beckwith) |
| v. | : | <u>JOINT MOTION TO EXTEND DISCOVERY CUTOFF</u> |
| HAMILTON COUNTY DEPT. OF ADULT PROBATION, | : | |
| | : | |
| Defendants. | | |

Now come the parties in the above-styled action and respectfully request this Court to extend the discovery cutoff in this case until June 30, 2006. The reasons why this motion should be granted are set forth in the accompanying memorandum.

Respectfully submitted,

/s/ *Stephen R. Felson*
Stephen R. Felson (0038432)
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 721-4900
(513) 639-7011 (fax)
SteveF8953@aol.com

Robert B. Newman (0023484)
Lisa T. Meeks (0062074)
NEWMAN & MEEKS CO., LPA
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 639-7000
(513) 639-7011 (fax)

COUNSEL FOR PLAINTIFFS

/s/ *David T. Stevenson*
David T. Stevenson (0030014)
230 E. Ninth St., Suite 4000
Cincinnati, OH 45202
(513) 946-3120

COUNSEL FOR DEFENDANT
HAMILTON COUNTY

/s/ *Richard Ganulin*
Richard Ganulin (0025642)
801 Plum Street, Room 214
Cincinnati, OH 45202
(513) 352-3329

COUNSEL FOR DEFENDANT
CITY OF CINCINNATI

## MEMORANDUM

The County has recently disclosed, pursuant to Plaintiffs' discovery requests, some additional names of persons who might have evidence in this case. The City also wishes to take another deposition. An extension of the discovery cutoff date until June 30, 2006, should not prejudice the trial date of October 3, 2006.

## CONCLUSION

For the foregoing reasons, the Joint Motion to Extend Discovery Cutoff should be granted.

Respectfully submitted,

/s/ *Stephen R. Felson*
Stephen R. Felson (0038432)
617 Vine Street, Suite 1401
Cincinnati, Ohio  45202
(513) 721-4900
(513) 639-7011 (fax)
SteveF8953@aol.com

Robert B. Newman (0023484)
Lisa T. Meeks (0062074)
NEWMAN & MEEKS CO., LPA
617 Vine Street, Suite 1401
Cincinnati, Ohio  45202
(513) 639-7000
(513) 639-7011 (fax)

COUNSEL FOR PLAINTIFFS

/s/ *David T. Stevenson*
David T. Stevenson (0030014)
230 E. Ninth St., Suite 4000
Cincinnati, OH  45202
(513) 946-3120

COUNSEL FOR DEFENDANT
HAMILTON COUNTY

/s/ *Richard Ganulin*
Richard Ganulin (0025642)
801 Plum Street, Room 214
Cincinnati, OH  45202
(513) 352-3329

COUNSEL FOR DEFENDANT
CITY OF CINCINNATI