# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, *et al.* | : | Case No. C-1-01-753 |
| | : | |
| Plaintiffs, | : | (Honorable Sandra S. Beckwith) |
| | : | |
| v. | : | JOINT MOTION TO EXTEND |
| | : | DISCOVERY AND DISPOSITIVE |
| HAMILTON COUNTY DEPT. OF ADULT PROBATION, *et al*. | : | MOTION DEADLINE |
| | : | |
| Defendants | : | |

The parties jointly move to extend the deadlines for completing discovery until August 7, 2006 and August 14, 2006, respectively. This extension is being requested due to previously unforeseen difficulties in obtaining the depositions of remaining witnesses for both plaintiffs and defendants.

Respectfully submitted,

| | | |
|---|---|---|
| /s/ Stephen J. Felson | /s/ Richard Ganulin | /s/ David T. Stevenson |
| Stephen J. Felson, 0038432 | Richard Ganulin, 0025642 | David T. Stevenson, 0030014 |
| Robert B. Newman, 0023484 | Assistant Solicitor | Assistant Prosecutor |
| Suite 1401 | City Hall, Room 226 | Suite 4000 |
| 617 Vine Street | 801 Plum Street | 230 East Ninth Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| *Counsel For Plaintiffs* | *Counsel For the City of Cincinnati* | *Counsel For County Defendants* |