# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, *et al.* | : | Case No. C-1-01-753 |
| Plaintiffs, | : | (Honorable Sandra S. Beckwith) |
| v. | : | COUNTY DEFENDANTS' RULE 37 MOTION TO DISMISS |
| HAMILTON COUNTY DEPT. OF ADULT PROBATION, *et al.* | : | |
| Defendants | : | |

The Hamilton County Department of Adult Probation, Michael l. Walton, and Hamilton County, Ohio (County Defendants), hereby move the Court to dismiss the claims of Rocky Adkisson pursuant to Civ.R. 37.

## MEMORANDUM

The County Defendants join in, incorporate by reference, and adopt the reasoning of the previously filed motion to dismiss Mr. Adkisson's claims (Doc. 62) filed by defendant City of Cincinnati.

Respectfully submitted,

*/s/ David T. Stevenson*
David T. Stevenson, 0030014
Assistant Prosecutor
Suite 4000
230 East Ninth Street
Cincinnati, Ohio 45202
*Counsel For County Defendants*

Certificate of Service

      I hereby certify that the foregoing document was filed on the 11th day of July through the electronic filing system of the United States District Court for the Southern District of Ohio, which will cause service to be made upon:

| | |
|---|---|
| Stephen J. Felson, 0038432 | Richard Ganulin, 0025642 |
| Robert B. Newman, 0023484 | Assistant Solicitor |
| Suite 1401 | City Hall, Room 226 |
| 617 Vine Street | 801 Plum Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| *Counsel For Plaintiffs* | *Counsel For the City of Cincinnati* |

                                                  */s/ David T. Stevenson*