```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

Gerald Cash, et al.,            )
                                )
            Plaintiffs,         ) Case No. 1:01-CV-753
                                )
     vs.                        )
                                )
Hamilton County Department      )
of Adult Probation, et al.,     )
                                )
            Defendants.         )

O R D E R

The parties' joint motion to extend the discovery deadline in this matter to August 7, 2006 (Doc. No. 63) is well-taken and is **GRANTED**.  The parties' joint motion to extend the dispositive motions deadline to August 14, 2006 (Doc. No. 63) is not well-taken and is **DENIED** because this extension would leave insufficient time before trial for the Court to rule on any such motion.  The parties may make any appropriate dispositive motions orally at trial.

**IT IS SO ORDERED**


Date July 12, 2006              s/Sandra S. Beckwith
                         Sandra S. Beckwith, Chief Judge
                           United States District Court