# NEWMAN & MEEKS
A LEGAL PROFESSIONAL ASSOCIATION

617 Vine Street,
Suite 1401
Cincinnati,
Ohio
45202

Telephone
(513) 639-7000

Facsimile
(513) 639-7011

Robert B. Newman
Lisa T. Meeks

November 5, 2003

Mr. David Stevenson, Esq.
Hamilton County Prosecutor
230 East 9th Street
Cincinnati, Ohio 45202

Re:  <u>Cash, et al. v. Hamilton County Dept. of Adult Probation, et al.</u>
     Case No. C-1-01-753

Dear David:

I enclose a copy of a *Suggestion of Death* filed in the United States Court of Appeals for the Sixth Circuit.

Take care.

Faithfully yours,

Robert B. Newman

RBN:jw
enclosures

RECEIVED
NOV 5 2003
LEONARD GREEN, Clerk

No. 03-3916

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**GERALD CASH**, *et al.*,

*Plaintiffs-Appellants*

v.

**HAMILTON COUNTY DEPARTMENT OF ADULT PROBATION**, *et al.*

*Defendants- Appellees.*

## Suggestion of Death

On October 25, 2003 Gerald Cash and Clara Cash died in a fire in Cincinnati, Ohio. This case shall proceed on behalf of the remaining Appellants. At such time as an estate is opened for the Cash's the estate will seek to join this action.

Respectfully submitted,

*[signature]*

Robert B. Newman
Lisa T. Meeks
Newman & Meeks, Co., LPA
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 639-7000

Stephen R. Felson
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202
(513) 721-4900

*Attorneys for Plaintiffs-Appellants*

## CERTIFICATION

I hereby certify that a copy of the foregoing was served upon David T. Stevenson, 230 E. Ninth Street, Suite 4000, Cincinnati, Ohio, 45202, and Michael J. Harmon, 801 Plum Street, Room 214, Cincinnati, Ohio, 45202 by ordinary U.S. mail this ____ day of November, 2003.

_____
Stephen R. Felson