UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION


-----------------------------------
                                    :
GERALD CASH, et al.,                :
                                    :
          Plaintiffs,               :
                                    :
     vs.                            :     CASE NO.
                                    :     C-1-01-753
HAMILTON COUNTY DEPARTMENT of       :
ADULT PROBATION, et al.,            :
                                    :
          Defendants.               :
                                    :
-----------------------------------



        Deposition of: GREGORY B. WAHOFF

        Taken:          By the Defendants
                        Pursuant to Agreement

        Date:           March 30, 2006

        Time:           Commencing at 10:03 a.m.

        Place:          Law Office of Stephen Felson
                        817 Vine Street
                        Suite 1401
                        Cincinnati, Ohio  45202

        Before:         S. Diane Farrell, RMR, CRR
                        Notary Public - State of Ohio

1    APPEARANCES:

2

3            On behalf of the plaintiffs:

4                    Robert Newman, Esq.
                         and
                     Stephen Felson, Esq.
5                    817 Vine Street
                     Suite 1401
6                    Cincinnati, Ohio   45202

7

8            On behalf of Hamilton County:

9                    David Stevenson, Esq.
                         of
                     Office of Hamilton County
10                   Prosecuting Attorney
                     230 East Ninth Street
11                   Suite 4000
                     Cincinnati, Ohio   45202

12

13           On behalf of the City of Cincinnati:

14
                     Richard Ganulin, Esq.
15                   City of Cincinnati Law Department
                     801 Plum Street
16                   Room 214
                     Cincinnati, Ohio   45202

17

            Also Present:
18
                     Phillip R. Garcia
19

20                           - - -

21

22

23

24

25

1                          I N D E X

2

GREGORY B. WAHOFF                              PAGE

3

    Cross-Examination by Mr. Ganulin          4
4   Cross-Examination by Mr. Stevenson        26
    Examination by Mr. Newman                 37
5   Recross-Examination by Mr. Ganulin        39

6                    (No exhibits.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

© Ace-Merit, LLC  2006 / (513) 241-3200
30 Garfield Place, Suite 620   Cincinnati, Ohio  45202

1                   GREGORY B. WAHOFF

2    of lawful age, a plaintiff herein, being first duly

3    sworn as hereinafter certified, was examined and

4    deposed as follows:

5                   CROSS-EXAMINATION

6    BY MR. GANULIN:

7        Q.   Hi, I'm Richard Ganulin.  I'm a lawyer for

8    the City of Cincinnati, and I'm sure Mr. Newman or

9    Mr. Felson explained I'm taking your deposition

10   today, which is sworn testimony.  I'm going to ask

11   you questions about the lawsuit that you filed

12   against Hamilton County and the City of Cincinnati.

13   If you don't understand a question, tell me.  I'll

14   try to rephrase it.

15       A.   Yes.

16       Q.   No tricks here.  Just -- I'm going to try

17   to ask clear questions and try to get clear answers.

18            Please state your name for the record.

19       A.   Gregory Bernard Wahoff.

20       Q.   Wahoff?

21       A.   Yes, sir.

22       Q.   And, Mr. Wahoff, are you one of the

23   plaintiffs in the lawsuit that includes, at least in

24   terms of who's named, Gerald Cash, Clara Cash,

25   Gregory Wahoff, Phillip Garcia and Rocky Wayne

```
1    Adkisson --
2         A.   Yes.
3         Q.   -- versus Hamilton County defendants and
4    City of Cincinnati?
5         A.   Yes, sir.
6         Q.   I'm going to be asking you some questions
7    about the allegations you've made in that lawsuit,
8    okay?
9         A.   (Nodding head.)
10        Q.   And when you respond, you'll have to speak
11   out, so the court reporter --
12        A.   Oh, yes.
13        Q.   -- can record.
14        A.   Yes, sir.
15        Q.   Okay.  Paragraph 6 of your lawsuit says
16   that in October of 2001 the defendants directed
17   Community Service participants to an area located
18   under the Fifth Street Viaduct west of Central Avenue
19   in Cincinnati, Ohio, and in order to confiscate
20   property belonging to homeless persons in this area.
21        A.   Yes.
22        Q.   Can you tell me which defendants directed
23   Community Service participants to an area located
24   under the Fifth Street Viaduct?
25        A.   Okay.  From what I witnessed and Rocky
```

1  witnessed, there was a small orange City garbage
2  truck with participants from the Queensgate Center in
3  orange jump suits throwing all the belongings
4  straight in the garbage truck.
5          Q.    Okay.  What is the Queensgate Center?
6          A.    Just -- it's like the Justice Center.
7  They call it Queensgate Jail.
8          Q.    And they were individuals in orange jump
9  suits throwing --
10         A.    Yes, throwing the belongings straight in
11  the garbage truck.
12         Q.    And this was in early 2001 under the Fifth
13  Street Viaduct?
14         A.    Yes, sir.
15         Q.    And do you know who owns the land under
16  the Fifth Street Viaduct?
17         A.    No, sir, I honestly don't.  I don't know
18  if it's county, City, ODOT.  I honestly don't know,
19  sir.
20         Q.    Okay.  And why were you there at that
21  time in early October 2001, under the Fifth Street
22  Viaduct?
23         A.    Well, I had been living there for a while.
24  And that's before they started doing these bridge
25  sweeps, like a river sweep, they called it.  They'd

1    just come in and clean you out, simple as that.

2            Q.    Who called it a river sweep?

3            A.    Sergeant Gramkey (phonetic).

4            Q.    How do you spell that?  Do you know?

5            MR. NEWMAN:  He said that was before they

6        did the river sweeps.

7            A.    Well, that's what he called it, the river

8    sweep.

9            MR. NEWMAN:  Oh.

10            A.    But this was underneath bridges to where

11    they made a new ordinance that if you get caught

12    sleeping underneath the bridge, you're going to jail

13    for criminal trespassing.

14            Q.    Who made that ordinance?

15            A.    The mayor, Charlie Luken, he was at the

16    time.

17            Q.    So it's your belief that the City of

18    Cincinnati passed an ordinance -- could you repeat

19    what you said, what the ordinance did?

20            A.    The ordinance was -- under the new

21    ordinance law, if you were caught underneath the

22    bridge sleeping, you are automatically going to jail

23    for criminal trespassing.  Whether there is a

24    trespassing sign posted or not, you are going to jail

25    for criminal trespassing.

1       Q.   And do you know when that ordinance was

2   enacted into law?

3       A.   Sir, this is Greek to me, sir.  I didn't

4   know nothing about it.

5       Q.   Who told you about this ordinance that

6   would --

7       A.   Rocky.  Rocky said that they had a new

8   ordinance out.  And I wish Ky was still alive and

9   Clara -- Gerald and Clara Cash.

10      Q.   So you are referring to Rocky, one of the

11  other plaintiffs in this case --

12      A.   Yes.

13      Q.   -- told you that the City had an ordinance

14  if you were caught sleeping --

15      A.   Yeah.

16      Q.   I have to repeat my question if you don't

17  mind, because she can't record us at the same time.

18           Rocky told you that the City had passed an

19  ordinance that if you were caught sleeping under a

20  bridge in the City of Cincinnati, that you are going

21  to jail automatically for criminal trespass?

22      A.   Yes, sir.

23      Q.   Getting back to the question about your

24  observing individuals in orange jump suits, I think

25  you said from the Queensgate Center, throwing items

```
 1   into trucks --
 2        A.   Garbage truck, one of them small garbage
 3   trucks, orange.
 4        Q.   Okay.  Did you speak to those individuals
 5   in the orange jump suits?
 6        A.   No, sir.
 7        Q.   Was some of that property yours?
 8        A.   Yes.  Well, we were all, basically, living
 9   underneath the same area.  But we had designated
10   areas where we kept our belongings and what -- where
11   we slept.  Excuse me.
12        Q.   But why didn't you speak to them if they
13   were taking your property?
14        A.   Because I had just gotten off of work
15   because I only worked a half a day at Goodyear Tire
16   and Service, okay?  I only worked a half a day.  And
17   I was coming up the -- Gest Street, I guess.  I
18   presume that's what you call it, the Fifth Street
19   Bridge, and that's when I witnessed -- they had a
20   concrete barrier wall.
21             The truck was here and in the far right
22   lane.  And I could witness the people in the orange
23   jump suits throwing the garbage straight in the
24   truck, because they had two in the back of the truck
25   and they had -- looked like three coming up and down
```

1    the slope, bringing our belongings and going straight

2    in the garbage truck.

3        Q.   And did you say that the Queensgate Center

4    was part of the Justice Center?

5        A.   Yes.  Yes, sir.  It's what they call the

6    facility.  It's the old Kruse Hardware Building that

7    they made into a minimum security jail.  It's

8    supposed to be.

9        Q.   Okay.  And were the people in orange jump

10   suits individuals who were staying at the Queensgate

11   Center?

12       A.   From my knowledge, yes, sir.  Because

13   that -- I've been in that system, and I've been on

14   the work details, they call it.  And yes, you have to

15   wear an orange jump suit.  Some of them has got long

16   sleeves.  Some of them is short sleeves.

17       Q.   And could you tell who was in charge of

18   those individuals?

19       A.   No, sir.  Honestly, I can't remember his

20   name.  But it's a sergeant at the -- at the

21   Queensgate Center.

22       Q.   Okay.  You also allege in your lawsuit

23   that eight or nine days after the time we're just

24   discussing in early October 2001, that the defendants

25   again directed Community Service participants to this

1    area for the same purpose, is what the lawsuit

2    alleges.  What's the basis for your alleging in the

3    lawsuit that the defendants again directed Community

4    Service participants to the area under Fifth

5    Street -- I should say under the Fifth Street Viaduct

6    west of Central Avenue, about eight or nine days

7    after?

8         A.   I think they were checking to see if we

9    moved back.

10        Q.   Were you there eight or nine days later?

11        A.   No.  That's when I moved underneath the

12   Robeling Bridge to where again I witnessed.  Again,

13   they were in the parking lot.  The orange garbage

14   truck was there again, and I saw the -- the work

15   detail and the orange jump suits throwing the

16   belongings underneath the -- in the garbage truck

17   again.

18             That's when Charlie was camping with me,

19   because Charlie had his tent set up, and I had my

20   plywood and what belongings I had.

21        Q.   Just so we're clear for the record,

22   Charlie is --

23        A.   He's not in this lawsuit.

24        Q.   He's not one of the plaintiffs?

25        A.   No, no, no.  No, sir.

1     Q.   Okay.

2     A.   He just come back from Lexington,

3 Kentucky.

4     Q.   Okay.  And when you allege in the lawsuit

5 that the defendants again directed Community Service

6 participants to this area, which defendants are you

7 talking about?

8     A.   That would be the -- the ones in the

9 orange jump suits.  We witnessed -- we witnessed

10 them.

11     Q.   From the Queensgate Center?

12     A.   Yes, yes, sir, a work detail they call it.

13     Q.   Okay.  The complaint also alleges that on

14 or about October 15th, 2001 Community Service

15 participants took possession of various items

16 belonging to you.  Where did that occur?

17     A.   Eggleston Avenue Bridge.

18     Q.   And were these the same individuals in

19 orange jump suits from the Queensgate Center?

20     A.   Yes, sir.

21     Q.   And could you tell, was it the same person

22 in charge?

23     A.   No, sir, because we were at -- we were

24 coming through Lytle Park and this one -- coming

25 through Lytle Park, that's by the Anna Louise Inn.

1    We come around the corner and there we could see the

2    garbage truck and the orange jump suits again.

3        Q.    And could you tell who was in charge of

4    the orange jump suit individuals?

5        A.    No.  No, sir.

6        Q.    But they were also from the Queensgate

7    Center?

8        A.    The work detail crew.  That's when they

9    have -- I witnessed a white van.  I couldn't really

10   tell if -- if it had bars on it or not.  But that's

11   where -- the work detail got in the van and followed

12   the garbage truck.  So wherever the garbage truck

13   went, that's where the work detail went.

14       Q.    Do you remember what the garbage truck

15   looked like?

16       A.    It was a small orange, like, compactor

17   truck, like the big City garbage trucks are but this

18   was a small one.

19       Q.    Is that the same kind of truck that was at

20   the other site that you described already?

21       A.    Yes, sir.

22       Q.    Okay.

23       A.    That's why I was wondering if it was the

24   same truck or a different -- a different -- you know,

25   different work crew.

1     Q.   Now, do you know anything about the

2    allegation in the complaint that on or about

3    September 28th, 2001, these Community Service

4    participants took possession of items belonging to

5    plaintiff Phillip Garcia or should I just say it's

6    Mr. Garcia about that?

7     A.   Yes, sir.  Because that's when I was again

8    coming up to the -- to where the camping area was and

9    that's where they even took his dog and arrested his

10   dog.

11    Q.   Did you see somebody take his dog?

12    A.   SPCA, sir.

13    Q.   The SPCA took the dog?

14    A.   Yes.

15    Q.   And did the same kind of individuals in

16   orange jump suits take Mr. Garcia's property on that

17   date?

18    A.   From what I saw was just the truck.

19   Because as soon as I witnessed that truck being there

20   again, I made a big U-turn and got the hell away from

21   there because I didn't want to go to jail for

22   criminal trespassing.

23    Q.   So you didn't see who was loading items

24   onto the truck on that instance?

25    A.   Honestly, sir, no.  At that instance, I

1    couldn't.  But I did witness the dog, Homey, being on

2    a, like, a muzzle and a leash being escorted into the

3    SPCA cage -- cage in the van.

4              MR. NEWMAN:  Say the name of the dog for

5         the court reporter.

6              THE WITNESS:  Homey.

7         Q.   I think I read Mr. Garcia did get his dog

8    back from the SPCA.

9         A.   After he had to pay a fine of -- a fine, a

10   license; I forgot exactly all what he had to pay.

11   But I know he had to get the license renewed, and he

12   had to pay a fine.  That's what he -- he stated.

13        Q.   Okay.  I know in the lawsuit your

14   attorneys have used the expression, "Community

15   Service participants."  Is it your understanding that

16   Community Service participants are the same as the

17   individuals in the orange jump suits that you're

18   describing who were staying at the Queensgate Center?

19        A.   From my knowledge, that's what they dress

20   out in.

21        Q.   Okay.  Now, in paragraph 12 of your

22   amended complaint, there's an allegation that the

23   defendants acted in accordance with a policy and

24   practice adopted by them of confiscating property of

25   homeless persons without notice or opportunity for

1  due process of law in order to discourage those

2  persons from living at the locations described above.

3       A.   Yeah.

4       Q.   Can you explain to us what you know of --

5  of -- well, first of all, are you talking about

6  Hamilton County or are you talking about the City of

7  Cincinnati when you say, defendants acted in

8  accordance with a policy and practice?

9       A.   From my knowledge, sir, from what was told

10 to me through what I read out of the newspapers and

11 all, that it was the City of Cincinnati.  And then

12 the City of Cincinnati denied it, and they said it

13 was the Ohio Department of Transportation that was

14 doing the river sweeps -- well, the bridge sweeps.

15      Q.   Okay.  Did you ever find out?

16      A.   No, sir.

17      Q.   Okay.  So you do read newspapers from time

18 to time?

19      A.   Yes, sir, I try to go up to the public

20 library and get newspapers, you know, maybe a day

21 old, two days old or -- you know, I love reading the

22 newspapers.

23      Q.   Do you try to read them each day if you

24 can?

25      A.   Yes, sir.

1          Q.   So even when you filed the lawsuit, you

2     don't know whether it was the State of Ohio

3     meaning -- ODOT is the Ohio Department of

4     Transportation, is that correct?

5          A.   Yes, sir.

6          Q.   So even when you filed the lawsuit, you

7     didn't know if it was ODOT or Hamilton County or the

8     City of Cincinnati that had a policy or practice of

9     what you are calling river sweeps?

10         A.   Yes, sir.  From my knowledge, they all

11    denied that they participated in -- in the river

12    sweeps.  That's what it was called.  And they -- from

13    what was explained to me in the newspaper, that if

14    you live underneath the bridge, if you're caught,

15    you're going to jail for criminal trespassing.

16              They wanted to consolidate everybody onto

17    the Ohio River to sleep on the riverbanks, so that's

18    where the majority of the people live now.  And now

19    they're doing the river sweeps again because we got

20    one officer, I know for sure, that comes into Mike's

21    camp.  Charlie is living there now and Jamie and

22    James.  They all four reside in that camp area.  They

23    can't even build a fire there because it's too close

24    to the parking lot.

25         Q.   Okay.  But you did know, I think you

1   already said, that when you were camped under these

2   bridges, when you were on property owned by either

3   the State of Ohio or Hamilton County or the City of

4   Cincinnati, you did know that that was criminal

5   trespass, right?

6       A.   From what I was -- read and what I was

7   explained to, yes, we were trespassing.

8       Q.   Can you describe for the record -- well,

9   let me first ask, are each one of these camps very

10  different or are they all more or less the same?

11      A.   No, sir.  They -- you got one person that

12  would build him a little shack out of plastic or

13  cardboard.  And you got people that build it out of

14  plywood, two by fours, or just live in tents.

15      Q.   Let's talk about the one, if you remember,

16  under -- well, let me clarify the record.  Concerning

17  the October 15th, 2001 allegation that your property

18  was taken, at what site was that on October 15th,

19  2001?

20      A.   Okay.  It's hard for me to remember these

21  dates, but I'm pretty sure that was the Gest Street

22  Bridge.

23      Q.   Gest Street?

24      A.   Because I -- right now sir, I've been hit

25  four times, I know.  Twice I witnessed.  The third

1    time I was told it was the City again.  And this

2    time, not even nine days ago, I witnessed a

3    Cincinnati Police Officer, two parole officers going

4    in mine and Terry's camp, trashing it, looking for

5    this Harry Schupp (phonetic) that was -- had a parole

6    violation filed against him, okay?

7         They went in and we witnessed them

8    destroying our camp, throwing our belongings, you

9    just might as well say, in the damn Ohio River.

10   Because with the waves and the water being so high

11   and the snow and the mud, you just might as well kiss

12   that gear good-bye, because there ain't no sense in

13   trying to wash it.

14       Q.   Okay.  But getting back to October 15th,

15   2001, what you remember is that you were under the

16   Gest Street Bridge.  Is that the same as either the

17   Fifth Street Viaduct or the Sixth Street Bridge?

18       A.   That was the Sixth Street Bridge, sir.

19       Q.   I got you.  I got you.  Okay.  Okay.  Can

20   you describe what that camp looked like?

21       A.   Okay.  From what we had set up, we were

22   underneath the bridge.  We had plywood down to sleep

23   on, because it was a rocky area, okay?  We had

24   Styrofoam sides to help the wind being blocked.  And

25   we had two by fours holding the Styrofoam; four by

```
 1    eight sheets of two inch Styrofoam panels that we had
 2    secured, and that's where we slept, in that area.
 3         Q.   About how many people were camped?
 4         A.   That was when me and Cowboy were staying
 5    underneath there.
 6         Q.   Just two?
 7         A.   Yes, at that time.
 8         Q.   Who is Cowboy?
 9         A.   I can't remember his real name.
10         Q.   That's okay.  He's not one of the
11    plaintiffs?
12         A.   No, no, no, sir.
13         Q.   Okay.  I'm sorry, I don't recall
14    specifically what you said.  So when the two of you
15    were staying there on October 15th, 2001, under the
16    Sixth Street Bridge, did you say you saw the
17    individuals in the orange jump suits dispose of your
18    property?
19         A.   From what I could see of the garbage truck
20    and yes, they had two of the orange jump suits
21    standing behind the garbage truck with the other
22    participants bringing it up.  We had a little slope
23    that you had to climb up through.
24         Q.   Okay.
25         A.   And --
```

1    Q.   And you didn't say anything to anybody?

2    A.   I got the hell out of there, sir.

3    Q.   Okay.

4    A.   Because I didn't want to go to jail.

5    Q.   Besides the truck that you saw and the

6   individuals with the orange jump suits, did you see

7   anybody else there?

8    A.   Just -- just the white van, okay, that was

9   up in front of the -- the garbage truck.

10    Q.   That's the white van that was used to

11   transport the individuals in the orange jump suits?

12    A.   Yes, sir.

13    Q.   Other than what you've said so far, do you

14   have any other knowledge about a City of Cincinnati

15   policy to confiscate property of homeless individuals

16   who are camped out, as you're describing, under

17   bridges?

18    A.   Okay.  Sir, this is what was explained to

19   me from the police, that now you have duly righted 48

20   hour notice to get the hell out of the bridges; if

21   you're not, it will be disposed of and you will go to

22   jail.

23    Q.   When was that explained to you?

24    A.   I'm going to have to say 2002.  That's

25   when the -- when the river sweep was in full effect

1    again.

2        Q.    Okay.  But going back to the allegations

3    here in 2001 --

4        A.    Yes, sir.

5        Q.    -- in October of 2001 when you allege

6    property was taken from the Sixth Street site, do you

7    have any knowledge of City of Cincinnati policy at

8    that point in time beyond what you've said so far?

9        A.    No, sir.

10       Q.    Are you aware that in newspapers sometimes

11   there are notices of auctions and other times when

12   property is sold by different parties, you know, the

13   legal notice section?

14       A.    From what I was -- have read in the paper,

15   there's a -- there's a park where they -- they have

16   a -- an auction.  I think it's Winton Woods Park,

17   where the County and the City has confiscated

18   property, stolen property that was not recovered or

19   claimed by the -- the rightful owners, and they

20   auction it off, especially the County and City

21   vehicles that they have retired.

22       Q.    After your property was taken in October

23   2001, the property that you list in the lawsuit, did

24   you try to get it back?

25       A.    How?  It was -- it was in a garbage truck.

 1   Go to a landfill and try to go through it?

 2        Q.   At the site under Sixth Street in October

 3   of -- on October 15th, 2001, besides what you

 4   described, had other people stayed at that site, you

 5   know, just before you were staying there?

 6        A.   Me and Cowboy, we had one area.  Garcia

 7   had the other area in the woods by Channel 19, WXIX.

 8   That's where he was residing, had him a couch, his

 9   tent set up and everything.  It was very eloquent for

10   being homeless.  We would go down there and drink and

11   build little campfires and all if we were cooking or

12   if we needed heat.

13        Q.   Were there garbage cans there to dispose

14   of trash?

15        A.   Black garbage bags that the City -- the

16   sewage -- the garbage trucks, you know, the little

17   pick-up trucks that they drive now, they would leave

18   the garbage bags there for us.  Actually, Cincinnati

19   Recreation Commission, right down here at Yateman's

20   Cove, gave me a box of 500 garbage bags to use.

21        Q.   Were there garbage bags filled with trash

22   there on the site?

23        A.   Yes.  We -- we sorted our trash, glass in

24   one, and we recycled our aluminum, our metals.

25        Q.   Besides the bags of trash, was there other

1    trash at the site?

2         A.    Further down from Garcia's area, yes,

3    there was trash from people who camped there before

4    because they -- they wouldn't bag up their trash.

5    You would see cans, bottles all over the place.  And

6    at the other area where this other people were

7    staying, you could see it.  From where we were

8    camping at underneath the Sixth Street Bridge, you

9    could see all their trash, especially from the

10   interstate; southbound 75, you could look up on the

11   hillside and see all the trash in the rocks, the

12   hillside of rocks.  You could see their trash.  It

13   was broken glass, everything.

14        Q.    How about when people who camped there had

15   to use the bathroom, what did they do?

16        A.    There was a designated wooded area where

17   we went, and there was a 5-gallon bucket with the

18   hole -- with the bottom cut out of it.  And we would

19   dig a hole.  Because we had to move it quite often.

20   And we would dig a new hole, and fill the hole up,

21   and that's where you used the bathroom.

22        Q.    Did some people who camped in this area

23   use that?

24        A.    No, sir, no.

25        Q.    Not to your knowledge?

1      A.   No.  Well, if they did, well, I wasn't

2  there.

3      Q.   Did you ever complain to the City of

4  Cincinnati prior to October 15th, 2001 about your

5  property being taken from these camps?

6      A.   From the initial coalition that used to be

7  on Elm Street at that time, they said there wasn't a

8  damn thing I could do about it.  And that was from --

9  I forget who was working there at the time because

10  it's like a -- service work.  They do -- work so many

11  months, and then they're transferred to another area.

12      Q.   Did you say the coalition?  You mean the

13  Greater Cincinnati Coalition for the Homeless?

14      A.   Yes, sir.

15      Q.   So you complained to them prior to October

16  15th of 2001?

17      A.   That's who initially helped us get this

18  lawsuit started.

19      Q.   Okay.  Did you ever complain to the City

20  of Cincinnati prior to October 15th, 2001?

21      A.   No, except in this lawsuit here.  That

22  was -- that was it.

23          MR. GANULIN:  I don't have anything else.

24      Thank you.

25          THE WITNESS:  You're welcome, sir.

```
 1                      CROSS-EXAMINATION
 2   BY MR. STEVENSON:
 3        Q.   Mr. Wahoff, my name is Dave Stevenson and
 4   again, if you don't understand a question, ask me to
 5   rephrase it.  Where are you staying right now?
 6        A.   The Ohio Riverbank.
 7        Q.   Whereabouts?
 8        A.   Down by the Paul Brown Stadium where I was
 9   requested to reside by the Cincinnati Police.
10   Officer Schroeder and Officer Norton told me to go
11   live on the river.
12        Q.   Schroeder and Norton?
13        A.   Yes, sir.
14        Q.   Okay.  You indicated that you witnessed, I
15   think you said, two of these events, is that correct?
16        A.   Yes, sir, that is.
17        Q.   Those are the ones that you saw?
18        A.   Yes, that I witnessed.
19        Q.   And where did those take place again?
20        A.   Okay.  One was underneath the Eggleston
21   Avenue Bridge by the Lytle Park.  The second was
22   underneath the Sixth Street Bridge where I also
23   witnessed Garcia -- Mr. Garcia's dog being
24   confiscated, put in an SPCA van.
25        Q.   Okay.  Now, those are the only two that
```

```
 1   you witnessed?

 2        A.   Yes, sir.

 3        Q.   What about the one that took place on

 4   October 15th where you said you were under the Sixth

 5   Street Bridge?

 6        A.   Yes, sir, I was coming -- I only worked a

 7   half a day that day.

 8        Q.   Is that the same event that -- when his

 9   dog got taken or is it a different day?

10        A.   I can't really say it was the same day or

11   later that day because I witnessed what I did.  And I

12   left, and then I came back to see if there was

13   anything left.  And there wasn't nothing.

14        Q.   Let me ask you this.  Were you present

15   when the truck pulled up?

16        A.   No, sir.

17        Q.   And did you see anyone else that was

18   present?

19        A.   No, sir.  I didn't go that far up.

20        Q.   Okay.  When you got there, what direction

21   did you arrive in?

22        A.   Okay.  That'd be heading west, coming from

23   like Central Avenue, I think it is right there.

24        Q.   And what happened when you got there?

25        A.   What I saw, the belongings being throwed
```

1    into the garbage truck.

2        Q.    And when you say you saw belongings being

3    thrown into the garbage truck, tell me exactly what

4    it is that you saw.

5        A.    From what I seen, what wasn't bagged was

6    blankets; hardly any debris from what I witnessed.

7    It was mainly just property that I was seeing throwed

8    in there, you know, like shoes.

9        Q.    And this is stuff that was not bagged?

10        A.    No, sir.  Because I didn't -- sir, from

11    what I witnessed, I couldn't tell if -- there's a

12    grassy area along that -- that expressway to where if

13    they were cleaning out that -- that area that they

14    keep mowed -- I didn't know if they were cleaning

15    that or they were cleaning us out, until I went down

16    and saw every damn thing gone.

17        Q.    You said you saw property going onto the

18    garbage truck?

19        A.    Yes, sir.

20        Q.    And now you're telling me you don't know

21    whether they were cleaning out the grass or whether

22    they were cleaning out your own area?

23        A.    No, not until later when I went back down

24    and saw everything was gone.  They even took the

25    plywood and Styrofoam.

1    Q.   So you didn't recognize anything that was

2  being put on the truck?

3    A.   Not from the distance.

4    Q.   How far a distance are we talking about?

5    A.   Maybe -- maybe a fifth of a mile.  Right

6  there at Central and where I was camped.  Maybe less

7  than a fifth of a mile.

8    Q.   What, about 300 yards?

9    A.   Oh, every bit of that.

10   Q.   Did you ever get closer than that?

11   A.   No, uh-huh.

12   Q.   And how do you know these people were from

13 Queensgate?

14   A.   From what I know, and I've been on the

15 work details when I was on -- being in lockup there,

16 you wear -- you wear an orange jump suit when you go

17 out on a work detail.

18   Q.   Okay.  I understand you wear an orange

19 jump suit when you go out on a work detail.  I'm

20 asking you specifically how do you know the people in

21 the orange jump suits were from Queensgate?

22       MR. NEWMAN:  I think he answered that.

23   A.   From -- from my experience, that's what

24 you're dressed out in.

25   Q.   You were never told by anyone that they

1    were from Queensgate?

2        A.    No.

3        Q.    You never asked anyone if they were from

4    Queensgate?

5        A.    No, sir, I did not.  I pretty well

6    surmised that's where they came from.  I could be

7    wrong.  But I've never seen the City wear an orange

8    jump suit.  I've seen them wear traffic control

9    vests, and they're like tan or brown -- brown

10   uniforms.

11       Q.    You've seen City garbage trucks?

12       A.    Yes, sir.

13       Q.    Those workers wear orange jump suits, do

14   they not?

15       A.    No, they wear, if it's cold, a tan or a

16   brown jacket, tan slacks and a brown jacket.

17       Q.    Okay.  They don't wear the insulated

18   orange?

19       A.    No, sir, not of my knowledge.

20       Q.    And these were definitely garbage trucks.

21   They weren't pickup trucks or dump trucks?

22       A.    From the two I seen, they were them small,

23   like, pony garbage trucks, and it compacts the trash.

24       Q.    When you saw that they were loading the

25   stuff on the truck from where you had been, you had

1   known that people from the City had taken property
2   under other bridges at that point?
3        A.   From my knowledge, that's what I -- was
4   explained to me, that they were -- they were doing it
5   again.  They were -- it was like a river sweep, a
6   bridge sweep.
7        Q.   And you actually had seen that once
8   before, correct?
9        A.   Yes.
10       Q.   And the time you saw it before, how close
11  were you?
12       A.   Lytle Park, hmm.  I'd say maybe -- maybe a
13  football field length.
14       Q.   Okay.  Now, the time that you got to
15  within a third of a mile or a fifth of a mile or 300
16  yards or whatever it was, that was the day your
17  property was taken, correct?
18       A.   Yes, sir.
19       Q.   Is that the same day that Garcia's dog was
20  taken?
21       A.   I really can't remember honestly, sir, if
22  it was the same day or the day later.  But I did
23  witness them coming back the next day.  And that's
24  when the -- the grass cutting crew, the lawn mowers
25  were there, and they were cutting the grass.

1    Q.   Typically how many bags of garbage do you

2  guys have on your site at a time?

3    A.   Maybe four to five.  Five at the most,

4  because the City did regularly pick up the trash.

5  That's when they had the little pickup trucks.

6    Q.   And you're telling us that you separated

7  all your stuff out?

8    A.   Yes, sir.

9    Q.   Where was this designated wooded area?

10    A.   That was -- underneath the bridge, you're

11  going south, a good three to four hundred feet from

12  underneath the bridge.  You're closer to the -- to

13  the Fifth Street Bridge.

14    Q.   Did you ever go to the Cincinnati property

15  room and attempt to retrieve any of your belongings?

16    A.   No, sir.

17    Q.   What was it that was taken from you?

18    A.   That's a list so -- sleeping bags, gym

19  shoes, work boots, clothing.  That was -- God knows

20  how many blankets, sleeping bags.  I'm trying to

21  remember the property.  Well, yeah, a radio, one of

22  them little battery operated TVs, looked like a

23  transistor, got the little 2-inch TV screen on it.

24    Q.   Anything else?

25    A.   Honestly, sir, it's kind of hard to

```
 1    remember.  It's happened so many damn times, it's
 2    hard to exactly remember which incident, what was
 3    lost, what was tooken, what was destroyed or throwed
 4    away.
 5        Q.   How often would property of yours be
 6    taken?
 7        A.   Sir, with -- this is -- this is the fourth
 8    time that they've done this.  Three times the
 9    property was gone.
10        Q.   You're not -- you're not understanding my
11    question.  Let me repeat it.
12        A.   All right.
13        Q.   How often would property of yours be taken
14    from your campsite, regardless of who took it?
15        A.   Well, that would depend when they started
16    their river sweep.  I'd say at least once -- once
17    in -- well, normally they wouldn't do any of the
18    sweeps during the spring and summer, but as soon as
19    the fall or the winter would happen, it'd get -- it
20    would get cold, that's when they would start their
21    baloney.
22        Q.   All right.  Let me ask you this.  How
23    often does property get taken from your camp?  I'm
24    not talking about the City of Cincinnati or anybody
25    else.  How often does property of yours get taken
```

```
 1   from your camp?
 2        A.   What I've seen was twice; witnessed,
 3   twice.
 4        Q.   Have you ever had property taken by
 5   somebody other than the City of Cincinnati?
 6        A.   No, sir.  Because -- the code of ethic
 7   with the homeless people is that you're pretty damn
 8   rotten if you steal from a homeless person.  And
 9   that's the code of ethic.
10        Q.   How did you acquire your backpack that you
11   say was taken?
12        A.   Bought it.
13        Q.   Where?
14        A.   I'm going to try to remember if it's
15   called Jordan's on Elm Street, but it's -- it's a
16   shoe store, backpack and clothing store.  It's a -- a
17   variety store.
18        Q.   Do you remember how much you paid for it?
19        A.   I think it was 19.95 plus tax.  They're
20   pretty reasonable there.
21        Q.   How long have you had it?
22        A.   Well, with that time frame, I'd say maybe
23   two months because --
24        Q.   Okay.
25        A.   Yeah.  It was on -- I think I purchased it
```

1    in July because that's when it was real hot.  And
2    that's when I was working through a temporary labor
3    service.
4         Q.   Are you working now?
5         A.   No, sir.  Because the City has confiscated
6    three of my IDs, the City police officers.  I don't
7    even know if the property room's got it.  I don't
8    know if the City officers are keeping them for
9    souvenirs or just throwing the damn things away.  I
10   honestly don't know.
11        Q.   They were taken from you, from your
12   person?
13        A.   Three times, sir.  Twice, I got an open
14   flask ticket and a jay walking ticket and my IDs were
15   never returned to me.  But I had to sign for the
16   ticket.
17        Q.   And they didn't give you your ID back?
18        A.   No, sir.
19        Q.   They just kept it?
20        A.   Yes, sir.  Basically, I got the hell out
21   of there.  And I didn't remember until they were
22   gone, and I was way down the street.
23        Q.   Do you have any pending charges against
24   you right now?
25        A.   Not to my knowledge, sir.  Not to my

1   knowledge.

2          Q.    What do you mean, not to your knowledge?

3          A.    Not to my knowledge.  Because I just -- I

4   just got out of incarceration, an 8 hours, for the

5   jay walking ticket that I didn't know I had.

6          Q.    And when did that happen?

7          A.    I would have to say two months ago.  Let

8   me see.

9          Q.    And you didn't know you had the ticket?

10         A.    No, sir.  Either that or I was so

11  inebriated, forgot about it.  And, sir, I will admit

12  it, I do like to drink.

13         Q.    Do you drink every day?

14         A.    No, sir.  Can't afford it.

15         Q.    How often do you drink?

16         A.    At least three times a week, if that.

17         Q.    What's your beverage of choice?

18         A.    Beer, mainly.

19         Q.    And how do you buy it?

20         A.    Buy the 40-ounce bottles mainly.

21         Q.    And what do you do with the 40-ounce

22  bottles when you are done with them?

23         A.    Bag them in a black garbage bag.

24              MR. STEVENSON:  I don't have anything

25         further.

```
 1              MR. NEWMAN:  I'd like to just clarify.
 2         I'd like to clarify a couple of points.
 3                         EXAMINATION
 4    BY MR. NEWMAN:
 5         Q.   You said that one of the sweeps that
 6    occurred was the Eggleston sweep?
 7         A.   Yes, sir.
 8         Q.   Okay.  And that was -- when was that?
 9         A.   I can't honestly remember, but it was --
10    it was -- I'd have to say at the beginning of fall.
11    That was -- it had to have been in November.
12         Q.   That was -- that was after the sweep that
13    we're talking about in the case?
14         A.   Yes.
15         Q.   Okay.
16         A.   That's -- that's -- that was -- had to
17    have been in November because it wasn't even
18    Thanksgiving yet.
19         Q.   Okay.  Was it a year or two or how many --
20    how much time after the case that we're here for?
21         A.   I wouldn't even put it 30 days, sir, a
22    month.
23         Q.   Okay.
24         A.   Because that's when I relocated underneath
25    the Eggleston Avenue Bridge because that's when --
```

```
 1          Q.   Okay.

 2          A.   -- Frank and Alley Al invited me to stay

 3     at their camp.

 4          Q.   Okay.  And they were at the Eggleston

 5     camp?

 6          A.   Yes, sir.

 7          Q.   Okay.  And -- and what of your stuff did

 8     you lose at the sweep at the -- when you were at

 9     Eggleston?

10          A.   Basically everything that I rebuilt again,

11     backpack, sleeping gear, clothing.

12          Q.   Uh-huh.

13          A.   Shoes.

14          Q.   Okay.  And did you see the property that

15     you're talking about here disposed of?

16          A.   We three witnessed it because we were

17     coming through Lytle Park, and we could see the truck

18     right there and it being the belongings, the

19     cardboard, the wood and what have you being loaded on

20     to the garbage truck and compacted.

21          Q.   Okay.  And this is the garbage truck that

22     you've already described?

23          A.   Yes, sir.

24          Q.   Okay.

25          A.   Basically, I thought it was the same --
```

1    the same one.

2        Q.   Okay.  And could you describe again the --

3    what the people looked like who were putting the

4    stuff in the garbage truck?

5        A.   They were in orange jump suits.

6        Q.   Okay.

7        A.   Some of them had long sleeves.  Some of

8    them had short sleeves with thermals underneath.

9             MR. NEWMAN:  Okay.  I just wanted to

10         clarify that Eggleston sweep.  Go ahead.

11             MR. GANULIN:  I have one or two follow-up

12         questions.

13                    RECROSS-EXAMINATION

14    BY MR. GANULIN:

15        Q.   Mr. Stevenson was asking you in his

16    questions about cleanups done by the City of

17    Cincinnati.  He spoke about the City of Cincinnati

18    specifically.  Your testimony, as I recall it, in

19    response to my questions was that assuming there was

20    an order from some place to have what you called

21    river sweeps, you testified you don't know if that

22    was the State of Ohio or Hamilton County or the City

23    of Cincinnati that created the river -- what you're

24    calling the river sweeps?

25        A.   Yes.  From what was explained to me, they

1    all denied it.

2        Q.   And in terms of any of the particular

3    cleanups that you observed, you testified previously

4    in response to my questions that you saw the

5    individuals in the orange jump suits load items onto

6    a truck but -- and you assumed they're from the

7    Queensgate Center, but you did not testify that the

8    City of Cincinnati did that sweep, did you?

9        A.   Sir, from what I witnessed, it was an

10   orange small garbage truck, and from what I've seen,

11   that's all the City drives around, not unless they

12   have the -- the new style pickup truck with the dump

13   bed.

14       Q.   Right.  And I'm not asking you about the

15   truck specifically.  Let's assume that was the City

16   of Cincinnati sanitation truck for purposes of my

17   question.  Was there anything else about what

18   occurred besides what you believed to be a City of

19   Cincinnati sanitation truck that connected that

20   cleanup to the City of Cincinnati?

21       A.   Just the experience being on a work detail

22   and -- and seeing the garbage trucks around the City.

23   That's basically it.

24       Q.   When you say the work detail, you're

25   referring again to the people in the orange jump

1    suits?

2         A.    Yes.  Yes, sir.

3         Q.    And you're not suggesting they were

4    controlled by the City of Cincinnati, are you, as

5    opposed to Hamilton County?

6         A.    Now, that, I do know that when you're

7    locked up, it's the Hamilton County Sheriff's

8    Department that you're incarcerated in the county.

9         Q.    Right.

10        A.    And if you're in the county jail, it's

11   basically for City charges.

12            MR. GANULIN:  Thank you.  That's all I

13        have.

14            MR. NEWMAN:  Okay.

15

16

17            _____

                 GREGORY B. WAHOFF

18

19                  - - -

20        DEPOSITION CONCLUDED AT 10:59 A.M.

21                  - - -

22

23

24

25

```
 1              C E R T I F I C A T E

 2    STATE OF OHIO      :
                         :      SS
 3    COUNTY OF HAMILTON :

 4          I, S. Diane Farrell, RMR, CRR, the

 5    undersigned, a duly qualified and commissioned notary

 6    public within and for the State of Ohio, do hereby

 7    certify that before the giving of his aforesaid

 8    deposition, GREGORY B. WAHOFF was by me first duly

 9    sworn to depose the truth, the whole truth and

10    nothing but the truth; that the foregoing is the

11    deposition given at said time and place by GREGORY B.

12    WAHOFF; that said deposition was taken in all

13    respects pursuant to stipulations of counsel; that I

14    am neither a relative of nor employee of any of the

15    parties or their counsel, and have no interest

16    whatever in the result of the action; that I am not,

17    nor is the court reporting firm with which I am

18    affiliated, under a contract as defined in Civil Rule

19    28(D).

20          IN WITNESS WHEREOF, I hereunto set my hand and

21    official seal of office at Cincinnati, Ohio, this

22    ____ day of _____, 2006.

23

24                          _____
                            S. Diane Farrell, RMR, CRR
25    My commission expires:  Notary Public - State of Ohio
      October 18, 2006.
```