# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO - WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, *et al.* | : | Case No. C-1-01-753 |
| | : | |
| Plaintiffs, | : | (Honorable Sandra S. Beckwith) |
| | : | |
| v. | : | NOTICE REGARDING ATTACHMENTS |
| | : | TO MOTION FOR SUMMARY |
| HAMILTON COUNTY DEPT. OF ADULT | : | JUDGMENT BY MICHAEL L. WALTON |
| PROBATION, *et al.* | : | AND THE HAMILTON COUNTY |
| | : | PROBATION DEPARTMENT |
| Defendants | : | |

The Court's electronic filing system would not accept the attachments to the above Motion for Summary Judgment filed on July 21, 2006. The attachments were forwarded by e-mail to the parties and will be filed electronically on Monday July 24, 2006, or other arrangements will be made.

Respectfully submitted,

JOSEPH T. DETERS
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

by:   */s/ David T. Stevenson*
David T. Stevenson, Ohio Reg. 0030014
Assistant Prosecuting Attorney
Suite 4000 Wm. Howard Taft Law Center
230 East Ninth Street
Cincinnati, Ohio 45202
*Trial Counsel for Hamilton County*
*Department of Adult Probation and Michael*
*Walton, Chief Probation Officer*

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was filed on the 21[th] day of July through the electronic filing system of the United States District Court for the Southern District of Ohio, which will cause service to be made upon:

| | |
|---|---|
| Stephen J. Felson, 0038432 | Richard Ganulin |
| Robert B. Newman, 0023484 | Assistant Solicitor |
| Suite 1401 | City Hall Room 214 |
| 617 Vine Street | 810 Plum Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| *Counsel For Plaintiffs* | |

                                                */s/ David T. Stevenson*