Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

-----------------------------------------------

GREGORY CASH AND CLARA CASH :
AND GREGORY B. WAHOFF AND   :
PHILLIP GARCIA AND ROCKY    :
WAYNE ADKISSON,             :
     Plaintiffs,            :
     -vs-                   :   C-1-01-753
HAMILTON COUNTY DEPARTMENT  :
OF ADULT PROBATION AND      :
MICHAEL WALTON AND CITY OF  :
CINCINNATI,                 :
     Defendants.            :

-----------------------------------------------

          Deposition of RODERICK ELLIS, a Witness

herein, taken by the Defendants as upon direct

examination and pursuant to the Federal Rules of

Civil Procedure as to the time and place and

stipulations hereinafter set forth, at the offices

of Hamilton County Prosecutor's Office, 230 East

Ninth Street, Cincinnati, Ohio, at 10:19 a.m. on

Wednesday, June 7, 2006, before Lisa K. Keller, a

Registered Professional Reporter and Notary Public

within and for the State of Ohio.


          *    *    *    *    *    *

3ae5be03-23a3-41b4-9d23-db1ce3370ce4