

# ACE-MERIT, LLC

## Deposition of Timothy Shannon

**Date:** July 14, 2006
**Volume:** 1

**Case:** Cash v. Hamilton County
**Case No.:**

**Reporter:** Debra J. Henderson

Pages 1 to 39

© Ace-Merit, LLC 2006
30 Garfield Place, Suite 620
Cincinnati, Ohio 45202
Phone: (513) 241-3200
Fax: (513) 241-7958
Email: production@acemerit.com
Internet: www.acemerit.com