Page 11

1 supervisors, don't do any more cleanup on homeless
2 sites. Do you recall something like that?
3     A. I remember at the initiation of this case
4 or shortly thereafter, upon advice from the Hamilton
5 County prosecuting attorney's office, we don't touch
6 homeless sites.
7     Q. Where did you get your instruction from to
8 pass on?
9     A. From the Hamilton County prosecuting
10 attorney's office.
11     Q. Would that be Mr. Stevenson?
12     A. He was one of the voices that went in my
13 ear, yes.
14     Q. Do you recall any other voices that went
15 in your ear?
16     A. I believe there was a written opinion that
17 came down, a memorandum.
18     Q. So somewhere there was a memorandum
19 concerning cleanup of homeless sites that you recall?
20     A. Yeah, I remember seeing something in
21 writing. I'm trying to remember who the office was.
22     Q. Before that, was that just about when you
23 came into the position of supervising some of this
24 stuff?
25     A. I can't recall. I would have to go back

Page 12

1  and take a look at the calendar to be absolutely
2  sure.
3       Q.   Okay.  Did you ever see any other written
4  instructions regarding cleanup work?
5       A.   No.
6       Q.   Did you ever, yourself, pass on memoranda
7  to field supervisors concerning cleanup of sites
8  using probationers?
9            MR. STEVENSON:  What time frame?
10 BY MR. FELSON:
11      Q.   Any time frame.
12      A.   Memoranda being something written?
13      Q.   Something on a piece of paper.
14      A.   No.
15      Q.   So anything that you had -- well, did you
16 ever give any oral instructions to anybody about
17 cleaning up --
18      A.   Oh, yeah.
19      Q.   -- sites?
20      A.   Yeah.
21      Q.   What kind of instructions would you have
22 been called upon to give?  I take this to be after
23 2001?
24      A.   Uh-huh.
25      Q.   What kind of instructions would be typical

1  that you would have to give?
2      A.   If it's a homeless site, don't touch it.
3      Q.   If it's a homeless site, don't touch it.
4  You recall passing that on orally.  Any other items
5  that you might have passed on about cleaning up other
6  sites?
7      A.   No.  If it appears to be a homeless site,
8  don't touch it.
9      Q.   Any instructions not involving homeless
10 sites, like if you go to a certain place, don't go
11 away -- don't go up -- there was some talk about when
12 it gets to be slanted too much, it's dangerous.
13     A.   Okay.  We tell field supervisors or crew
14 chiefs, if you feel that the environment that is
15 presented to you is unsafe or that it is a risk for
16 you to work in that area, you do not put yourself or
17 your crew at risk.
18     Q.   Okay.
19     A.   And if there's -- don't go there.
20     Q.   And with those instructions, then, they
21 would be on the site and it would be their
22 discretion?
23     A.   Indeed.
24     Q.   And it didn't get as far as saying, well,
25 if it's a grade more than X percent, don't do it?