Page 1

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

-------------------------------------------

GREGORY CASH AND CLARA CASH         :
AND GREGORY B. WAHOFF AND           :
PHILLIP GARCIA AND ROCKY            :
WAYNE ADKISSON,                     :
    Plaintiffs,                     :
    -vs-                            :   C-1-01-753
HAMILTON COUNTY DEPARTMENT          :
OF ADULT PROBATION AND              :
MICHAEL WALTON AND CITY OF          :
CINCINNATI,                         :
    Defendants.                     :

-------------------------------------------

       Deposition of JEFFREY A. SMITH a Witness herein, taken by the Defendants as upon direct examination and pursuant to the Federal Rules of Civil Procedure as to the time and place and stipulations hereinafter set forth, at the offices of Hamilton County Prosecutor's Office, 230 East Ninth Street, Cincinnati, Ohio, at 9:30 a.m. on Wednesday, June 7, 2006, before Lisa K. Keller, a Registered Professional Reporter and Notary Public within and for the State of Ohio.

        \*   \*   \*   \*   \*   \*