1   probationers wear orange jumpsuits when they do
2   this work?
3           A.   Absolutely not.
4                MR. STEVENSON:  All right.  Okay.
5   We're done.  We want signature.
6                (Concluded at 10:01 a.m.)

                          _____
                          JEFFREY A. SMITH