IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| GERALD CASH, *et al.*, | : | Case No. 1:01cv753 |
| Plaintiffs, | : | (Judge Beckwith) |
| v. | : | <u>MOTION TO SUBSTITUTE PARTY FOR PLAINTIFF GERALD CASH</u> |
| HAMILTON COUNTY DEPARTMENT OF ADULT PROBATION, | : | |
| | : | |
| Defendants. | | |

Now come Plaintiffs in the above-styled action, through their undersigned counsel, and respectfully move this Court to order the substitution of Lisa Meeks, Administrator of the Estate of Gerald Cash, to be substituted as a plaintiff for Gerald Cash, deceased. The reasons why this motion should be granted are set forth in the accompanying memorandum.

**MEMORANDUM**

In their Memorandum in Opposition to the dismissal of the claims of deceased Plaintiffs Gerald Cash and Clara Cash, Plaintiffs stated that they would request leave from this court to substitute the estate when an administrator for the estate was approved by Probate Court. The Probate Court of Hamilton County, Ohio has now approved the re-opening of Mr. Cash's estate and appointed Lisa Meeks to serve as administrator. Attached is the Entry Granting Application to Reopen Estate and Qualify Fiduciary.[1] Plaintiffs request that the appropriate substitution be made and reiterate their request to

---

[1] Plaintiffs expect to open an estate on behalf of Plaintiff Clara Cash (whose legal name is Clara Young) in the near future.

deny Defendants' motion to dismiss Mr. Cash's claim for the reasons previously presented.

                    Respectfully submitted,

                    /s/ `Stephen R. Felson`
                    Stephen R. Felson (0038432)
                    617 Vine Street, Suite 1401
                    Cincinnati, Ohio  45202
                    (513) 721-4900
                    (513) 639-7011 (fax)
                    SteveF8953@aol.com

                    Robert B. Newman (0023484)
                    Lisa T. Meeks (0062074)
                    NEWMAN & MEEKS CO., LPA
                    617 Vine Street, Suite 1401
                    Cincinnati, Ohio  45202
                    (513) 639-7000
                    (513) 639-7011 (fax)
                    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2006 a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties by certified mail who are not served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

                    /s/ `Stephen R. Felson`
                    Stephen R. Felson