PROBATE COURT OF HAMILTON COUNTY, OHIO
JAMES CISSELL, JUDGE

ESTATE OF __GERALD CASH__, DECEASED

CASE NO. __2005000122__

## ENTRY GRANTING APPLICATION TO REOPEN ESTATE AND QUALIFY FIDUCIARY

Upon application to reopen the estate and qualify the fiduciary, the Court finds the same to be well taken and hereby orders that the estate be reopened and further that __Lisa Meeks__ be (re) appointed as Executor/Administrator/Commissioner of said estate.

**[Check one of the following]**

☒ Bond is dispensed with by ~~the will.~~ previous Court order.
☐ Applicant has executed and filed an appropriate bond, which is approved by the Court.

**[Check one of the following]**

☐ The fiduciary shall file a Report of Distribution within sixty days.
☒ The fiduciary shall file a Final Account within one year.
☐ The filing of a Report of Distribution or a Final Account shall not be required.

_____    _____
John L. Goode                James Cissell, Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and Letters of Authority of the named fiduciary, who is qualified and acting in such capacity.

_____
James Cissell, Probate Judge/Clerk

[Seal]                      __8-16-06__
                            Date

H.C. FORM 104.51 - ENTRY GRANTING APPLICATION TO REOPEN ESTATE AND QUALIFY FIDUCIARY    02/10/03