ENTERED
JAN 7 2005

# PROBATE COURT OF HAMILTON COUNTY, OHIO
## JAMES CISSELL, JUDGE

IMAGE NO. 213

ESTATE OF **Gerald Cash**, DECEASED

CASE NO. **2005000123**

## ENTRY APPOINTING FIDUCIARY- LETTERS OF AUTHORITY

[For Executors and all Administrators]

Name and Title of Fiduciary **TERRENCE M. OETERS / Administrator**

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that;

Decedent died [check one of the following] ☐ testate - ☒ intestate - on **10/25/03**, domiciled in **Hamilton County Ohio**

court order

[Check one of the following]  ☐ Bond is dispensed with by the Will - ☒ Bond is dispensed with by law - ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

Date **1/7/2005**                      James Cissell, Probate Judge

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

James Cissell, Probate Judge/Clerk

by: _____

Date _____

[Seal] FILED
COURT COMMON PLEAS PROBATE DI
JAMES CISSELL, JUDGE
05 JAN -7 PM 2: 54

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY      07/01/77