# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **GERALD CASH, et al.** | : | **CASE NO.1:01cv753** |
| **Plaintiffs,** | : | **(Judge Beckwith; Magistrate Sherman)** |
| **vs.** | : | |
| **HAMILTON COUNTY DEPT.** | : | |
| **OF ADULT PROBATION, et al.** | : | **NOTICE OF APPEARANCE OF** |
| | | **ASSISTANT PROSECUTING** |
| **Defendants.** | : | **ATTORNEY CHRISTIAN J.** |
| | | **SCHAEFER** |
| | : | |

Now comes the Honorable Joseph T. Deters, the duly appointed, qualified, and acting Prosecuting Attorney of Hamilton County, Ohio, and hereby gives notice that Assistant Prosecuting Attorney Christian J. Schaefer  (0015494) will serve as co-trial counsel in the within case on behalf of County Defendants, Hamilton County Dept. of Adult Probation and Michael L. Walton.

Respectfully submitted,

JOSEPH T. DETERS
PROSECUTING ATTORNEY
HAMILTON COUNTY, OHIO

/s/ *Christian J. Schaefer*
Christian J. Schaefer (0015494)
Assistant Prosecuting Attorney
230 E. Ninth Street, Suite 4000
Cincinnati, Ohio  45202-2151
513/946-3041
FAX 513/946-3018

TRIAL ATTORNEY FOR COUNTY
DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6,  2006  I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


Robert B. Newman
Lisa T. Meeks
NEWMAN & MEEKS CO., LPA
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202

Stephen R. Felson
617 Vine Street, Suite 1401
Cincinnati, Ohio 45202


*/s/Christian J. Schaefer*
Christian J. Schaefer (0015494)
Assistant Prosecuting Attorney
Attorney for County Defendants