**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Gerald Cash, et al.,
    Plaintiffs

v.                              Case No. 1:01-cv-753

Hamilton County Dept.
of Adult Probation, et al.,
    Defendants

**ORDER**

       The Court having been advised by the parties that the within action has been settled;

       It is **ORDERED** that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within Sixty (60) days, reopen the action if settlement is not consummated. The parties may substitute a more particularized Order of Dismissal within this same time frame, should they so desire. The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date: <u>September 20, 2006</u>                      s/Sandra S. Beckwith
                                                          Sandra S. Beckwith, Chief Judge
                                                          United States District Court