*Office of the Clerk*
*United States District Court*
*103 Potter Stewart U.S. Courthouse*
*100 East Fifth Street*
*Cincinnati, Ohio  45202*
*513/564-7520*

August 2, 2007

Counsel for Plaintiffs

  RE: 1:01-cv-753, Cash v Hamilton Co. Dept. of Adult Probation

  As you are aware, the above captioned was settled on September 20, 2006. Therefore, should you choose to retrieve any depositions filed on behalf of your client, please do so by August 8, 2007.  **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.

        Sincerely,


        s/Mary Brown
        Mary Brown
        Case Manager to Judge Beckwith

cc:  File